IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-CR-00504-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL D. WILHITE,

    Defendant,

and

AMERICAN NATIONAL BANK,

    Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff, United States of America, applies to the Clerk of the United States District Court to issue a Writ of Garnishment in accordance with 28 U.S.C. § 3205(b)(1) upon the judgment entered against Defendant Michael D. Wilhite, SSN: \*\*\*-\*\*-5995, whose last known address is P.O. Box 1587, Westcliffe, CO 81252 in the above cited action in the original amount of $1,741,800.00.  A balance of $1,718,672.10 remains outstanding.

Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application and Defendant has failed to satisfy the debt.

The Garnishee is believed to be in possession of property of the Defendant, and/or Yahab Foundation, incorporated on September 25, 2014, which is the nominee or alter ego of Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

American National Bank
600 16th Street
Denver, CO  80202

Date: June 18, 2015

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:   _s/Elizabeth M. Froehlke_
ELIZABETH M. FROEHLKE
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Phone: 303-454-0126
Elizabeth.Froehlke@usdoj.gov

Attorneys for Plaintiff
United States of America