IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-CR-000504-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

MICHAEL D. WILHITE,

       Defendant,

  and

AMERICAN NATIONAL BANK,

       Garnishee.

## AMENDED WRIT OF GARNISHMENT

Greetings to:  American National Bank

      An application for an Amended Writ of Garnishment against Defendant Michael D. Wilhite, SSN: ***-**-5995, has been filed with this Court.  A judgment has been entered against the above-named Defendant in the original amount of $1,741,800.00 ($100.00 Special Assessment and $1,741,700.00 Restitution).  The current balance is $1,718,672.10.

      **You are required by law to answer in writing, under oath, within ten (10) days,** whether or not you have in your custody, control or possession, any property owned by the Defendant, including any and all accounts with your institution which are

held in his/her name or over which he/she holds signature authority, including but not limited to checking accounts, savings accounts retirement accounts (IRA and 401k) and any and all investment accounts. This further includes any accounts held in the name of Yahab Foundation, which is the nominee or alter ego of Defendant.

You must file the original copy of your written answer to this Writ within **ten (10) days** of your receipt of this Writ with the **Clerk, United States District Court, District of Colorado** located at: 901 19th Street, # A-105, Denver, CO 80294-3589. Additionally, you are required by law to serve a copy of your Answer upon the Defendant's attorney: Richard Bednarski, Esq., 90 S Cascade Ave, # 1500, Colorado Springs, CO 80903 and upon the government at: U.S. Attorney's Office, Attn: Financial Litigation Unit, 1225 17th Street, Suite 700, Denver, CO 80202.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption Form.

**You are required to withhold and retain any property in which the Defendant has a substantial nonexempt interest.**   If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to explain your reason for not doing so.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Defendant's nonexempt property.

However, Defendant has signature authority over accounts of Advanced Floor Concepts, LLC. Specifically, Defendant may have signature authority over account numbers **XXXX8052, XXXX234386, XXXX6812, XXXX8812, XXXX1178, XXXX9207, XXXX6980, XXXX8065, and loan numbers XXXX255701, XXXX030303, XXXX030304, XXXX030305**. These accounts should be **EXCLUDED** from the amended writ of garnishment.

**It is unlawful to pay or deliver to the Defendant any item attached by this Writ.**

JEFFREY P. COLWELL, Clerk
United States District Court

_____  By:  _____
Date                                              Deputy Clerk

INSTRUCTIONS TO THE GARNISHEE

TO:  AMERICAN NATIONAL BANK

Attached is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the Defendant. You are required by law to serve a written answer to this Writ within 10 days of your receipt of this Writ.  You are further required to withhold and retain any property, **including any and all monies deposited into any and all accounts with your institution which are held in his/her name or over which he/she holds signature authority including but not limited to checking accounts, savings accounts, retirement accounts (IRA and 401k) and any and all investment accounts**, in which the Defendant has a substantial nonexempt interest.  A list of exemptions which are not subject to the Writ of Garnishment, entitled "Claim for Exemption Form," is attached to the Writ.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEFENDANT'S NONEXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD.  ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

If you have any additional questions, please contact Sarah Leffler or Assistant United States Attorney Elizabeth M. Froehlke at 303-454-0100, or by mail and send to: United States Attorney's Office, Attn: Financial Litigation Unit, 1225 17th Street, Suite 700, Denver, CO 80202.