THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-CR-00504-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL D. WILHITE,

    Defendant.
_____

### DEFENDANT MICHAEL D. WILHITE'S AND INTERESTED PARTY DARLA DEE WILHITE'S LIST OF EXHIBITS
_____

Defendant Michael D. Wilhite and Interested Party Darla Dee Wilhite, by their respective attorneys, herewith submit their list of exhibits for the evidentiary hearing to be held in this matter on September 15, 2015.

### EXHIBITS

1. Discovery responses from Plaintiff.
2. Articles of Organization of Advanced Floor Concepts LLC.
3. Restated and Amended Operating Agreement of Advanced Floor Concepts LLC.
4. Operating Agreement of Advanced Floor Concepts LLC.
5. Castle Rock Bank loan documents.
6. Insurance documents.
7. DW Support Services LLC's financial statements and bank documents.
8. Advanced Floor Concepts LLC's financial statements and bank documents.

2

9. K-1s, tax returns and related documents for Advanced Floor Concepts LLC.

10. Miscellaneous correspondence from Corne, Jantz and Associates P.C. to Internal Revenue Service.

11. Correspondence from Robert Brown to Christopher Miranda.

12. Correspondence from Christopher Miranda to Robert Brown.

13. ANB Bank records.

14. Activity Summary from the U.S. Attorneys' Office.

15. Correspondence and documents to the U.S. Attorneys' Office regarding lien on Dee Wilhite's home.

16. Checks made payable to Advanced Floor Concepts LLC endorsed by various employees.

17. Resume of Darla Dee Wilhite.

18. Articles of Organization of DW Support Services, LLC.

Respectfully submitted this 4th day of September, 2015.

                                                          SHERMAN & HOWARD LLC

                                            By: s/Richard F. Bednarski
                                                Richard F. Bednarski #31157
                                                90 South Cascade Avenue, Suite 1500
                                                Colorado Springs, CO 80903
                                                Phone: 719-475-2440
                                                Fax: 719-635-4576
                                                *Attorney for Defendant Michael D. Wilhite*

SHERMAN & HOWARD LLC


By: s/Scott J. Mikulecky_____
    Scott J. Mikulecky, #16113
    90 South Cascade Avenue, Suite 1500
    Colorado Springs, CO  80903
    Phone:   719-475-2440
    Fax:     719-635-4576
    *Attorney for Interested Party*
    *Darla Dee Wilhite*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2015, I electronically filed the foregoing **DEFENDANT MICHAEL D. WILHITE'S AND INTERESTED PARTY DARLA DEE WILHITE'S LIST OF EXHIBITS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Juan G. Villasenor, Esq.
Elizabeth M. Froehlke, Esq.
U.S. Attorneys' Office
1225 17th Street, Suite 700
Denver, CO 80202
juan.villasenor@usdoj.com
elizabeth.froehlke@usdoj.com

_____
s/ Colette Sayka – Secretary to Scott J. Mikulecky