THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-CR-00504-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL D. WILHITE,

    Defendant.

_____

### DEFENDANT MICHAEL D. WILHITE'S AND INTERESTED PARTY DARLA DEE WILHITE'S LIST OF WITNESSES
_____

Defendant Michael D. Wilhite and Interested Party Darla Dee Wilhite, by their respective attorneys, herewith submit their list of witnesses for the evidentiary hearing to be held in this matter on September 15, 2015.

### WITNESSES

1. Darla Dee Wilhite
2. Michael Wilhite
3. Torin Jackson
4. Cindy Barker
5. Francisco Carranza
6. Rob Corne
7. Mark Stubbert
8. Jim Lovell, The Lovell Group

SPRINGS/1534167.1

9.  Tami Ashe

10. Robert Brown

11. Tory Sanborn

12. Grendan DePaola

Respectfully submitted this 4th day of September, 2015.

                SHERMAN & HOWARD LLC

                By:  s/Richard F. Bednarski_____
                      Richard F. Bednarski #31157
                      90 South Cascade Avenue, Suite 1500
                      Colorado Springs, CO  80903
                      Phone:   719-475-2440
                      Fax:       719-635-4576
                      *Attorney for Defendant Michael D. Wilhite*

                SHERMAN & HOWARD LLC

                By:  s/Scott J. Mikulecky_____
                      Scott J. Mikulecky, #16113
                      90 South Cascade Avenue, Suite 1500
                      Colorado Springs, CO  80903
                      Phone:   719-475-2440
                      Fax:       719-635-4576
                      *Attorney for Interested Party*
                      *Darla Dee Wilhite*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2015, I electronically filed the foregoing **DEFENDANT MICHAEL D. WILHITE'S AND INTERESTED PARTY DARLA DEE WILHITE'S LIST OF WITNESSES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Juan G. Villasenor, Esq.
Elizabeth M. Froehlke, Esq.
U.S. Attorneys' Office
1225 17th Street, Suite 700
Denver, CO 80202
juan.villasenor@usdoj.com
elizabeth.froehlke@usdoj.com

                                                                                                                                        _____
                                                                      s/ Colette Sayka – Secretary to Scott J. Mikulecky