EXHIBIT LIST

CASE NUMBER___00-cr-00504-PAB-MEH           PLAINTIFF'S LIST__X___          DEFENDANT'S LIST_____          THIRD PARTY LIST ____

CASE CAPTION __USA VS MICHAEL DAVID WILHITE_____          PAGE NUMBER_1__ DATE___9/15/2015_____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, ETC.) and DEFENDANT'S EXHIBIT BY LETTER (A, B, C, A1, A2, A3, B1, B2,   B3, ETC.)

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 1 | | Wilhite Judgment 00-CR-504 | | | | | | |
| 2 | Michael Wilhite | Wilhite Correspondence 1995/96 Correspondence US 848-862 | | | | | | |
| 3 | Darla Wilhite | ANB Bank Documents BNKS 9, 10, AFC 1976 | | | | | | |
| 4 | Darla Wilhite | ANB Signature & Checks BNKS 244, 245, 254, 267, 299, 282 - 288 | | | | | | |
| 5 | Darla Wilhite / Michael Wilhite | ANB Signature for Mr./Ms. Wilhite BNKS 66, 676, 677, 773, 774, 3028, 3029, 1138, 1139, 775 | | | | | | |
| 6 | Darla Wilhite | Limited Liability CO Authorization Resolution BNKS 771, 772, 2371, 2377 | | | | | | |
| 7 | Geoffrey Clement / Michael Wilhite | Clement Transfer of Funds US 941, 962-964 | | | | | | |
| 8 | Michael Wilhite / Mark Russell / Geoffrey Clement | Memorandum of Understanding US 19 | | | | | | |

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 9 | Michael Wilhite & Darla Wilhite | Construction Agreements - Toll Brothers US 271, 272, 297, 298, 401, 402, 494, 495, 507, 508 | | | | | | |
| 10 | Dennis Cross | AFC Assets Jan 31, 08 US 938 – 940 | | | | | | |
| 11 | Michael Wilhite | AFC Letter, Memo's, Docs AFC 1133 -35,1261, 1268, 1391-93, 1451, 1488, 1462, 1721, 1722, 1463, 2009, 2010 | | | | | | |
| 12 | Darla Wilhite | Christmas Letter AFC 1331 | | | | | | |
| 13 | Darla Wilhite / Michael Wilhite | AFC Payroll Procedure AFC 1820 | | | | | | |
| 14 | Michael Wilhite | Steel Structural Systems, Memo, Checks US 16, 539 - 545 | | | | | | |
| 15 | Michael Wilhite | CO Precious Metal Receipts US 562, BNKS 49, US 553 – 555, 560 | | | | | | |
| 16 | Michael Wilhite | AFC Proposal & Contracts AFC 2080, 2076, 2074,2011,1975, 1744,1736, 1732,1725, 1619, 1491,1591,1592 | | | | | | |
| 17 | Michael Wilhite | Memo M. Wilhite to B. Ivey US 947 | | | | | | |

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 18 | Michael Wilhite | Wilhite Email to USAO US 762, 763 | | | | | | |
| 19 | Carolyn Dean / Michael Wilhite | August 2008 Letter from FLU to Michael Wilhite US 760 – 761 | | | | | | |
| 20 | Carolyn Dean | Payment History (CDCS) | | | | | | |
| 21 | | Wilhite Pre-Sentencing Report US 719 – 736 | | | | | | |
| 22 | Darla Wilhite / Michael Wilhite | Colorado Mountain Bank signature card & bank app BNKS 5525, 5562 | | | | | | |
| 23 | Darla Wilhite | AFC Articles of Organization AFC 2173 -2183 | | | | | | |
| 24 | Darla Wilhite | AFC pay roll Dee Wilhite AFC 2116 - 2125 | | | | | | |
| 25 | Michael Wilhite | AFC Employee Handbook AFC 2136 - 2169 | | | | | | |
| 26 | Advance Floor Employee/Darla Wilhite/ Michael Wilhite | AFC Website Contact Info AFC 2170 - 72 | | | | | | |
| 27 | Michael Wilhite / Darla Wilhite | Cowboy Church Article AFC 2184 - 2186 | | | | | | |

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 28 | Michael Wilhite / Darla Wilhite | Commercial Security Agreement:   Sherman/ Howard #'s - AFC 44 – 50 | | | | | | |
| 29 | Michael Wilhite | 11/16/04 AFC Memo from M. Wilhite to Bank West – Attn: Mr. Hostetler Sherman/Howard #'s AFC 22 | | | | | | |
| 30 | Darla Wilhite | D Wilhite Assets & Liabilities BNKS 6 | | | | | | |
| 31 | Michael Wilhite | December 2007 Vehicle Order | | | | | | |
| 32 | Michael Wilhite | ASHCROFT 2002 Letter to Michael Wilhite | | | | | | |
| 33 | Cindy Barker | Rawls Email to Barker 2/28/2013 | | | | | | |
| 34 | Cindy Barker | Barker Email to Rawls 9/20/2013 | | | | | | |
| 35 | Cindy Barker | Rawls Email to Barker 9/23/2013 | | | | | | |
| 36 | Michael Wilhite | Rawls Email to M. Wilhite 3/6/2014 | | | | | | |
| 37 | Michael Wilhite | M. Wilhite Email to Rawls 12/30/2014 | | | | | | |

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 38 | Darla Wilhite | Darla Wilhite Email to Rawls 1/12/2015 | | | | | | |
| 39 | Cindy Barker | Rawls Email to Barker 2/23/2015 | | | | | | |
| 40 | Michael Wilhite / Darla Wilhite | Ford Credit Business Credit App AFC 867, 932 | | | | | | |
| 41 | Darla Wilhite | Federal Tax Returns 2011 - 2014 | | | | | | |
| 42 | Darla Wilhite | AFC Business Tax Returns 2011 - 2014 | | | | | | |
| 43 | Linda Gould | 2010 email from M. Wilhite | | | | | | |
| 44 | Michael Wilhite/Mark Stubbert | August 2013 email from M. Wilhite to M. Stubbert (BARTON00052-44) | | | | | | |
| 45 | Mark Stubbert/Michael Wilhite | Letter of Intent to Purchase Interest in Certain Assets (BARTON00046-52) | | | | | | |
| 46 | Mark Stubbert/Michael Wilhite | Barton Documents | | | | | | |
| | | | | | | | | |