IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  00-cr-0504-PAB-MEH                    Date: September 15, 2015

Case Title:  United States of America v. Michael David Wilhite

**PLAINTIFF'S AMENDED WITNESS LIST**

| WITNESS | PROPOSED DATE | LENGTH OF TESTIMONY |
|---|---|---|
| Michael Wilhite (will call) | September 15, 2015 | 3 hours |
| Darla Wilhite (will call) | September 15, 2015 | 1 hour |
| Carolyn Dean (will call) | September 15, 2015 | 10 minutes |
| Mark Russell (will call) | September 17, 2015 | 15 minutes |
| Geoffrey Clement (will call) | September 17, 2015 | 15 minutes |
| Dennis Cross (will call) | September 17, 2015 | 15 minutes |
| Linda Gould (will call) | September 17, 2015 | 20 minutes |
| Brian Cleveringa (will call) | September 17, 2015 | 15 minutes |
| Cindy Barker (may call) | September 17, 2015 | 15 minutes |
| Stacy Jourgensen (may call) | September 18, 2015 | 10 minutes |
| Rod Fisher (may call) | September 18, 2015 | 10 minutes |
| Shane Krey (may call) | September 18, 2015 | 10 minutes |