IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 00-cr-00504-PAB          Date 9/15/15

Case Title United States of America v. Michael D. Wilhite

### DEFENDANT/INTERESTED PARTY WITNESS LIST

| WITNESS | TIME ESTIMATED FOR EXAMINATION | |
| --- | --- | --- |
| | Direct | Cross |
| Darla Dee Wilhite | 2.0 hours | 1.0 hour |
| Michael Wilhite | 45 minutes | 2 hours |
| Torin Jackson | 15 minutes | 15 minutes |
| Francisco Carranza | 15 minutes | 15 minutes |
| Cindy Barker | 20 minutes | 15 minutes |
| Rob Corne | 30 minutes | 30 minutes |
| Tami Ashe | 15 minutes | 15 minutes |
| Mark Stubbert | 10 minutes | 10 minutes |
| Jim Lovell, The Lovell Group | 10 minutes | 10 minutes |
| Brendan DePaola | 15 minutes | 15 minutes |
| Tory Sanborn | 15 minutes | 15 minutes |

SPRINGS/1533420.1