# EXHIBIT LIST

CASE NUMBER:  1:00-CR-00504-PAB     PLAINTIFF'S LIST  X

DEFENDANT'S/INTERESTED PARTIES' LIST  X

CASE CAPTION:  USA vs. MICHAEL DAVID WILHITE     DATE  9/15/2015- 9/17/2015

| EXHIBIT NO | WITNESS | DESCRIPTION | STIP. | OFFER | ADMIT | REF | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|
| **Plaintiff's Exhibits** | | | | | | | |
| 1 |  | Wilhite Judgment 00-CR-504 | X | X | X |  |  |
| 2 | Michael Wilhite | Wilhite Correspondence 1995/96 Correspondence US 848-862 |  | X | X |  | Just page 1 offered and admitted. |
| 3 | Darla Dee Wilhite | ANB Bank Documents BNKS 9, 10, AFC 1976 | X | X | X |  |  |
| 4 | Darla Dee Wilhite Dennis Cross | ANB Signature & Checks BNKS 244, 245, 254, 267, 299, 282 - 288 | X | x | x |  |  |
| 5 | Darla Dee Wilhite Dennis Cross | ANB Signature for Mr./Ms. Wilhite BNKS 66, 676, 677, 773, 774, 3028, 3029, 1138, 1139, 775 | X | X | X |  |  |
| 6 | Darla Dee Wilhite | Limited Liability CO Authorization Resolution BNKS 771, 772, 2371, 2377 | X | X | X |  |  |
| 7 | Darla Dee Wilhite Michael Wilhite | Clement Transfer of Funds US 941, 962-964 |  | X |  | X |  |
| 8 | Michael Wilhite Mark Russell | Memorandum of Understanding US 19 | X | X | X |  |  |
| 9 | Darla Dee Wilhite Michael Wilhite | Construction Agreements - Toll Brothers US 271, 272, 297, 298, 401, 402, 494, 495, 507, 508 | X | X | X |  |  |
| 11 | Darla Dee Wilhite Michael Wilhite | AFC Letter, Memo's, Docs AFC 1133 -35,1261, 1268, 1391-93, 1451, 1488, 1462, 1721,1722, 1463, 2009, 2010 | X | X | X |  |  |
| 12 | Darla Dee Wilhite | Christmas Letter AFC 1331 | X | X | X |  |  |

1

| EXHIBIT NO | WITNESS | DESCRIPTION | STIP. | OFFER | ADMIT | REF | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|
| 13 | | AFC Payroll Procedure AFC 1820 | X | X | X | | |
| 14 | Darla Dee Wilhite Michael Wilhite | Steel Structural Systems, Memo, Checks US 16, 539 - 545 | X | X | X | | |
| 15 | Michael Wilhite | CO Precious Metal Receipts US 562, BNKS 49 US 553 – 555, 560 | X | X | X | | |
| 16 | Michael Wilhite | AFC Proposal & Contracts AFC 2080, 2076, 2074, 2011,1975, 1744,1736, 1732,1725, 1619, 1491, 1591,1592 | X | X | X | | |
| 17 | | Memo M. Wilhite to B. Ivey US 947 | X | X | X | | |
| 18 | Michael Wilhite | Wilhite Email to USAO US 762, 763 | X | X | X | | |
| 19 | Darla Dee Wilhite Michael Wilhite Torin Jackson Cindy Barker | August 2008 Letter from FLU to Michael Wilhite US 760 – 761 | X | X | X | | |
| 20 | | Payment History (CDCS) | X | X | X | | |
| 21 | Michael Wilhite Mark Russell | Wilhite Pre-Sentencing Report US 719 – 736 | X | X | X | | |
| 22 | Darla Dee Wilhite Michael Wilhite | Colorado Mountain Bank signature card & bank app BNKS 5525, 5562 | X | X | X | | |
| 23 | Darla Dee Wilhite | AFC Articles of Organization AFC 2173 - 2183 | X | X | X | | |
| 24 | Darla Dee Wilhite Robert Corne | AFC pay roll Dee Wilhite AFC 2116 - 2125 | X | X | X | | |
| 25 | Michael Wilhite | AFC Employee Handbook AFC 2136 - 2169 | X | X | X | | |
| 26 | | AFC Website Contact Info AFC 2170 - 72 | X | X | X | | |
| 28 | | Commercial Security Agreement: Sherman/ Howard #'s - AFC 44 – 50 | X | X | X | | |
| 29 | | 11/16/04 AFC Memo from M. Wilhite to Bank West – Attn: Mr. Hostetler Sherman/Howard #'s AFC 22 | X | X | X | | |

| EXHIBIT NO | WITNESS | DESCRIPTION | STIP. | OFFER | ADMIT | REF | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|
| 31 | Darla Dee Wilhite<br>Michael Wilhite | December 2007 Vehicle Order | X | X | X | | |
| 32 | | ASHCROFT 2002 Letter to Michael Wilhite | X | X | X | | |
| 33 | Darla Dee Wilhite | Rawls Email to Barker 2/28/2013 | X | X | X | | |
| 34 | | Barker Email to Rawls 9/20/2013 | X | X | X | | |
| 35 | | Rawls Email to Barker 9/23/2013 | X | X | X | | |
| 36 | Michael Wilhite | Rawls Email to M. Wilhite 3/6/2014 | X | X | X | | |
| 37 | Michael Wilhite<br>Robert Corne | M. Wilhite Email to Rawls 12/30/2014 | X | X | X | | |
| 38 | Darla Dee Wilhite | Darla Wilhite Email to Rawls 1/12/2015 | X | X | X | | |
| 39 | Darla Dee Wilhite | Rawls Email to Barker 2/23/2015 | X | X | X | | |
| 40 | Darla Dee Wilhite | Ford Credit Business Credit App AFC 867, 932 | X | X | X | | |
| 41 | Darla Dee Wilhite | Federal Tax Returns 2011 - 2014 | | X | X | | For purpose of occupations next to signatures |
| 43 | Linda Gould | 2010 email from M. Wilhite | X | X | X | | |
| 44 | Darla Dee Wilhite<br>Michael Wilhite<br>Mark Stubbert | August 2013 email from M. Wilhite to M. Stubbert (BARTON00042-44) | X | X | X | | |
| 45 | Darla Dee Wilhite<br>Michael Wilhite<br>Brian Cleveringa<br>Mark Stubbert | Letter of Intent to Purchase Interest in Certain Assets (BARTON00045-52) | X | X | X | | |
| 46 | Michael Wilhite<br>Brian Cleveringa<br>Mark Stubbert | BARTON00057-60; 88-94; 96 | X | X | X | | |
| 47 | Michael Wilhite<br>Brian Cleveringa<br>Mark Stubbert | BARTON00053-56 (native format); Kodiak emails re: purchase of Advance Floor | | X | X | | Pages 1-14 admitted<br>Pages 16-18 admitted |
| 50 | Michael Wilhite | Certified IRS tax lien | X | X | X | | |

| EXHIBIT NO | WITNESS | DESCRIPTION | STIP. | OFFER | ADMIT | REF | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|
| **Defendant's/Interested Parties' Exhibits** ||||||||
| A | Darla Dee Wilhite | Resume of Dee Wilhite | X | X | X | | |
| B | Darla Dee Wilhite | Articles of Organization for DW Support Services | X | X | X | | |
| C | Darla Dee Wilhite | Articles of Organization for Advanced Floor Concepts, LLC. | X | X | X | | |
| D | Darla Dee Wilhite | Operating Agreement of Advanced Floor Concepts LLC. | X | X | X | | |
| E | Darla Dee Wilhite | Restated and Amended Operating Agreement of Advanced Floor Concepts, LLC. (unexecuted) | X | X | X | | |
| F | | Documents related to formation of Advanced Floor Concepts, LLC. | X | X | X | | |
| G | Darla Dee Wilhite | Loan Documents from Castle Rock Bank for Advanced Floor Concepts LLC | X | X | X | | |
| H | Darla Dee Wilhite | Accounting documents for Advanced Floor Concepts for Lillian Loan | X | X | X | | |
| I | Darla Dee Wilhite | Accounting documents for Advanced Floor Concepts for Wilhite Loan | X | X | X | | |
| J | Darla Dee Wilhite | Accounting documents for Advanced Floor Concepts for DW Support Services Loan | X | X | X | | |
| K | | DW Support Services accounts showing loan to Advanced Floor Concepts | X | X | X | | |
| L | Darla Dee Wilhite | DW Support Services checking register | X | X | X | | |
| M | Darla Dee Wilhite | DW Support Services balance sheet as of December 1, 1998 | X | X | X | | |
| N | Darla Dee Wilhite | DW Support Services transaction buy account | X | X | X | | |
| O | Darla Dee Wilhite | Barton Supply commercial credit application for Advanced Floor Concepts | X | X | X | | |

4

| EXHIBIT NO | WITNESS | DESCRIPTION | STIP. | OFFER | ADMIT | REF | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|
| P | Darla Dee Wilhite Dennis Cross | American National Bank signature card for Advanced Floor Concepts | X | X | X | | |
| Q | Darla Dee Wilhite | Toll Brothers Inc. contracts with Advanced Floor Concepts | X | X | X | | |
| R | Darla Dee Wilhite | United States Department of Justice compressed history report | X | X | X | | |
| S | Michael Wilhite | Email correspondence from Mr. Wilhite to United States Attorneys' Office | X | X | X | | USA objection to first email (p1-p2) |
| T | Darla Dee White | September 14, 2000 letter to Stephen Taylor with attachments | | X | | X | |
| V | | Letters between Robert Brown and Christopher Miranda regarding Michael Wilhite | X | X | X | | |
| X | Robert Corne | October 20, 2009 letter from Robert Corne to Internal Revenue Service | | X | X | | |
| Y | | Stipulation regarding Robert Brown | X | X | X | | |
| Z | Brian Cleveringa Mark Stubbbert | Emails between Brian Cleveringa and Mark Stubbert | X | X | X | | |

5