**HOLLAND&HART** 

**Wiley E. Mayne**
**Phone** (303) 295-8251
**Fax** (303) 713-6242

wmayne@hollandhart.com

September 14, 2015

Hon. Michael E. Hegarty, Magistrate Judge,
United States District Court,
District of Colorado
Alfred A. Arraj United States Courthouse A542
Courtroom A501
901 19th Street
Denver, CO 80294

Re:   United States v. Michael Wilhite, No. 00-cr-00504-PAB-MEH

Dear Judge Hegarty:

Holland & Hart LLP represents National Australia Bank Limited and its wholly-owned subsidiary Bank of New Zealand in connection with this matter. Bank of New Zealand was the lender which incurred the losses sustained as a result of the fraudulent scheme which was the subject matter of prior criminal and civil proceedings against Michael Wilhite and Geoffrey Clement. Those proceedings included the judgment against Mr. Wilhite on which the United States seeks to execute. National Australia Bank Limited acquired Bank of New Zealand after the losses were incurred.

I am authorized to represent to the Court on behalf of the Banks that although the losses incurred have been partially compensated through earlier forfeiture and restitution payments or other recoveries, to the best of the Banks' knowledge, the remaining loss greatly exceeds the $1.7 million judgment on which the United States seeks to execute in this matter.

Very truly yours,

Wiley E. Mayne
of Holland & Hart LLP

WEM:ga

cc:   Juan G. Villasenor

**Holland & Hart** LLP
Phone [303] 295-8000   Fax [303] 295-8261   www.hollandhart.com
555 17th Street   Suite 3200   Denver, CO  80202   Mailing Address P.O. Box 8749   Denver, CO  80201-8749
Aspen   Billings   Boise   Boulder   Cheyenne   Colorado Springs   Denver   Denver Tech Center   Jackson Hole   Salt Lake City   Santa Fe   Washington, D.C.



September 14, 2015
Page 2

Assistant United States Attorney
United States Attorney's Office
District of Colorado
1225 17th Street, Ste. 700
Denver, CO 80202

8067124_1