IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 00-cr-00504-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DAVID WILHITE,

    Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, which represents two banks that appear to claim an interest in the garnishment matter now before the Court. For this reason, it would be inappropriate for me to preside over this case. 28 US.C. § 455(b). Accordingly, I will recuse myself. It is therefore

**ORDERED** that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED September 25, 2015.

                      BY THE COURT:

                      s/ Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge