IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00504-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL D. WILHITE,

    Defendant.
_____

**MOTION TO SUBMIT ADDITIONAL EXHIBITS**
_____

THE DEFENDANT, Michael Wilhite, by and through counsel, Richard F. Bednarski, hereby respectfully requests this Court allow him to submit additional exhibits.  As grounds, Mr. Wilhite states as follows:

**CERTIFICATE OF DUTY TO CONFER**

Undersigned counsel received the attached Exhibits on Monday morning, October 12, 2015 and forwarded the same to Assistant United States Attorney Juan Villasenor regarding whether or not he objects to these Exhibits.  Mr. Villasenour objects to the exhibits on relevance grounds and as cumulative.  Scott Mikulecky, lawyer for Interested Parties Darla Wilhite and Yahab Foundation has no objection to the filing of these exhibits.

    1.    Mr. Wilhite has provided testimony and evidence regarding strokes he suffered beginning in 2008.  The additional Exhibits are medical records regarding those strokes.

2.      Mr. Wilhite requested these medical records at the Court's request on September 18, 2015. Mr. Wilhite did not receive these records until October 7, 2015 and immediately forwarded them to undersigned counsel.

3.      Mr. Wilhite submits these medical records as Defendant's Michael David Wilhite's and Interested Party Darla Dee Wilhite's Exhibit BB.

WHEREFORE, Mr. Wilhite requests this Court allow him to file additional Exhibits.

Respectfully submitted this 13th day of October, 2015.

                              SHERMAN & HOWARD L.L.C.

                              *s/ Richard F. Bednarski*
                              _____
                              Richard F. Bednarski, #31157
                              90 South Cascade Ave., Suite 1500
                              Colorado Springs, CO 80903
                              719-448-4084
                              719-635-4576 (fax)
                              rbednarski@shermanhoward.com

                              LAWYERS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that electronically filed the foregoing with the Clerk of Court using the CM/ECF e-filing, this 13th day of October, 2015, which will send notification of such filing to all counsel in this matter.

*s/ Devon O. Ryan*
_____