IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-0504-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL D. WILHITE,

    Defendant.

## UNITED STATES' RESPONSE TO OBJECTION

The United States of America, through counsel, responds to Defendant and Interested Party's objection to footnote 5 of the United States' proposed findings of fact and conclusions of law, ("the Objection") doc. 112:

1.     Initially, the issues cited in the Objection are immaterial to the outcome of this case. The United States requests a hearing on the matter to the extent the Court needs further explanation.

2.     The Court held an evidentiary hearing on September 15, 16, and 17, 2015.

3.     During Defendant's testimony, the Court heard the following:

> THE COURT: Mr. Wilhite, did you evidence your resignation in any way?
> THE WITNESS: You mean a formal resignation, written?
> THE COURT: Yeah.
> THE WITNESS: No.
> THE COURT: Okay.
> (By Mr. Bednarski): Why not?
> THE WITNESS: We're not that kind of company.
> THE COURT: Do you have an employee file, by any chance?
> THE WITNESS: Yes, we do.
> THE COURT: Do you have an employee file with the company?

> THE WITNESS: Do I personally have files? No, the company keeps those files.
> MR. BEDNARSKI: I think he's asking, does the company have an employee file on you.
> THE COURT: What we would call a personnel file.
> THE WITNESS: Yes, absolutely.
> THE COURT: Has benefits and start, stop dates. Things like that.
> THE WITNESS: All those things.
> THE COURT: Okay. Did you happen to ask for discovery of that kind of thing?
> MR. VILLASENOR: I think we did. We never received any such thing.
> MR. BEDNARSKI: It was provided.
> THE COURT: Okay.
> MR. VILLASENOR: We don't have any such thing.
> THE COURT: Well, I'm not going to leave it at that. He said he provided it. You say you don't have it.
> MR. VILLASENOR: I've never seen anything labeled, you know, Michael Wilhite's employee file.
> THE COURT: If you have people, and we all have people, could you have them identify some time in the next day or so the Bates numbers of the personnel files? Thank you.
> MR. BEDNARSKI: Thank you, Your Honor.

Trial Transcript 447:4-25; 448:1-17.

4.     The parties conferred on this issue after the hearing. No new documents were provided to the United States relating to this issue. [1]

---

[1] On October 5, 2015, opposing counsel sent an email to undersigned counsel stating:

> "Liz, Attached is a copy of the letter which I sent you in March 2014 noting that Mr. Wilhite does not have a personnel file. I have also verified that the only personnel information maintained by Advanced Floor Concepts is the information contained in the Quick Books documents which were provided to you previously."

See Attachment 1.

Undersigned counsel attempted to confer further on this issue through emails on October 5th and 8th.

5.      On October 9, 2015, in reliance on communication with opposing counsel, *supra*, n. 1, undersigned counsel included the following in footnote 5 of the United States' proposed findings of fact:

> "Mr. Wilhite testified to the Court that Advanced Floor keeps a personnel file for him. According to communication with Defense counsel after the hearing, in fact no such file exists. No personnel file has ever been turned over to the United States."
> Doc. 106, p. 14, n.5 (transcript citation omitted).

6.      The parties conferred on the accuracy of footnote 5 and could not come to an agreement. On October 19, 2015, opposing counsel filed an objection to the footnote. Doc. 112.

7.      This is a dispute of semantics on the definition of a "personnel file."  The parties agree, however, that the only documents provided by the defendant that relate to employee personnel information were the "Quick Books database", which was provided in pdf form to the United States in 2014. Those pdfs consist of 798 pages of Quick Books line-entries, labeled "2011 Grand Ledger", "2012 Grand Ledger", and "2013 Grand Ledger." [AFC00000001 – AFC00000798]. These entries appear to represent the entire accounting for Advanced Floor for 2011 – 2013, in chronological order. There are no pages within these documents indicating personnel files or information. As referenced by the Objection, thousands of individual entries throughout these pages are labeled, "paycheck" and include an employee name in a corresponding column. As Mr. Wilhite has not received a paycheck since 2008, his name is not included in the paycheck entries.

8.      To date, the United States does not have any file – paper or electronic – that is specific to one employee, including Mr. Wilhite. The United States does not have any files containing information relating to employee start and stop dates (beyond dates of paychecks), benefits,

3

applications, exit interviews, termination, disciplinary actions, work plans, performance evaluations, or, most relevant to this case, retirement dates.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        s/ *Elizabeth M. Froehlke*
        ELIZABETH M. FROEHLKE
        Assistant United States Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0126
        E-mail: elizabeth.froehlke@usdoj.gov

## **CERTIFICATE OF SERVICE (CM/ECF)**

        I hereby certify that on November 3, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rbednarski@shermanhoward.com
Smikulec@sah.com

and I hereby certify that on the same date as above, I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand- delivery, etc.) indicated above the nonparticipant's name:

None.

        s/Elizabeth M. Froehlke
        United States Attorney's Office