# Froehlke, Elizabeth (USACO)

| | |
|---|---|
| **From:** | Mikulecky, Scott J. <smikulecky@shermanhoward.com> |
| **Sent:** | Monday, October 05, 2015 10:09 AM |
| **To:** | Froehlke, Elizabeth (USACO); Bednarski, Richard F. |
| **Cc:** | Villasenor, Juan (USACO) |
| **Subject:** | RE: Medical Records |
| **Attachments:** | Sbizc35315091714130.pdf |

Liz,

Attached is a copy of the letter which I sent you in March 2014 noting that Mr. Wilhite does not have a personnel file. I have also verified that the only personnel information maintained by Advanced Floor Concepts is the information contained in the Quick Books documents which were provided to you previously.

**Scott J. Mikulecky** - *Attorney*

90 South Cascade Avenue, Suite 1500, Colorado Springs, Colorado 80903
Office: 719.475.2440 | Fax: 719.635.4576
Smikulecky@shermanhoward.com | www.shermanhoward.com

**SHERMAN & HOWARD LLC**

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

CIRCULAR 230 NOTICE

This e-mail and any attached documents may contain provisions concerning a federal tax issue or issues. This e-mail and any attached documents are not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on any taxpayer by the Internal Revenue Service. For information about this statement, contact Sherman & Howard L.L.C. or visit our website at http://shermanhoward.com/circular-230/

---

**From:** Froehlke, Elizabeth (USACO) [mailto:Elizabeth.Froehlke@usdoj.gov]
**Sent:** Monday, September 28, 2015 6:10 PM
**To:** Bednarski, Richard F.
**Cc:** Mikulecky, Scott J.; Villasenor, Juan (USACO)
**Subject:** RE: Medical Records

Thanks for the update.

Please also send us the bates numbers of Mr. Wilhite's personnel file as instructed by the Court during his redirect. We do not believe we have it.

Thanks,

Liz

1

**From:** Bednarski, Richard F. [mailto:rbednarski@shermanhoward.com]
**Sent:** Friday, September 25, 2015 2:23 PM
**To:** Froehlke, Elizabeth (USACO)
**Cc:** Mikulecky, Scott J.; Villasenor, Juan (USACO)
**Subject:** RE: Medical Records

Liz

  Mike ordered the medical records last Friday, September 18th and he was told they would be ready in 7-10 days.  He has not yet received them so I expect we should have them the first part of next week.  I will keep you updated.

Thanks, Rick


**Richard F. Bednarski** - *Member*

90 South Cascade Avenue, Suite 1500, Colorado Springs, Colorado 80903
Direct: 719.448.4084 | Fax: 303.298.0940
rbednarski@shermanhoward.com | www.shermanhoward.com

SHERMAN & HOWARD LLC.

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Froehlke, Elizabeth (USACO) [mailto:Elizabeth.Froehlke@usdoj.gov]
**Sent:** Friday, September 25, 2015 10:45 AM
**To:** Bednarski, Richard F.
**Cc:** Mikulecky, Scott J.; Villasenor, Juan (USACO)
**Subject:** Medical Records

Hi Rick,

Checking in on the status of the medical records. I believe you said they would be available today.

Thanks,

Liz

*Elizabeth M. Froehlke*
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
tel.: 303.454.0126
cell: 720.670.6158
fax.: 303.454.0407