# Sherman & Howard L.L.C.

ATTORNEYS & COUNSELORS AT LAW
90 SOUTH CASCADE AVENUE, SUITE 1500
COLORADO SPRINGS, COLORADO 80903-4576
TELEPHONE: (719) 475-2440
FAX: (719) 635-4576

Scott J. Mikulecky
Direct Dial Number: (719) 448-4048
E-mail: smikulecky@shermanhoward.com

March 21, 2014

U.S. Attorney's Office
Attn: Elizabeth Froehlke, FLU
1225 17th Street, Suite 700
Denver, CO 80202

Re:   *United States v. Michael Wilhite*

Dear Elizabeth:

Enclosed are the records from Advanced Floor Concepts produced in response to your Subpoena in the above-referenced case. Michael Wilhite does not have an employee file because he was last employed there in July 2004. Additionally, the hard drive contains accounting records for the initial two years in business and from 2011 through 2013, contract files from the initial two years in business and contract files from 2000 through 2013 (the Advanced Floor data system is unable to sort by date range, so we had to include all of the files).

If you believe we have overlooked any documents, please let me know.

Sincerely,

Scott J. Mikulecky

SJM/cs
Enclosures

SPRINGS/1326857.1