1

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 00-CR-000504-EWN
 3   _____

 4   DEPOSITION OF DARLA DEE WILHITE
     October 16, 2014
 5   _____

 6   UNITED STATES OF AMERICA,

 7   Plaintiff,

 8   v.

 9   MICHAEL WILHITE,

10   Defendant.
     _____
11
                     A P P E A R A N C E S
12
     For the Plaintiff:      JUAN VILLASENOR, ESQ.
13                           ELIZABETH M. FROEHLKE, ESQ.
                             U.S. Attorney's Office
14                           1225 17th Street
                             Suite 700
15                           Denver, Colorado  80202

16   For the Defendant:      SCOTT J. MIKULECKY, ESQ.
                             Sherman & Howard
17                           90 South Cascade Avenue
                             Suite 1500
18                           Colorado Springs, Colorado 80903

19   Also Present:           Troy Tyus

20

21

22

23

24

25
```

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014  (720) 449-0329  FAX (720) 449-0334
Attachment 1

69a5b430-bbb5-42c1-b588-c4b326329d10

1  took your precious metals and invested them separately
2  once they received them?
3      A   No.  I owned both companies, I just
4  transferred assets from one company to the other.
5      Q   Okay.  We went over this a little bit
6  earlier.  Do you compensate your husband whatsoever
7  for the one to two days a week at the office?
8      A   No, not really.
9      Q   No, not really; or no?
10     A   Well, I pay for him for a hotel room.  So,
11 I mean, once again, what is "compensation"?
12     Q   Sure.  Do you ever take profit shares or
13 bonuses or distributions?
14     A   Once again, that's back into the sub S
15 category.  And, you know, once in a while there might
16 be something, but I couldn't tell you right off the
17 top of my head.
18         MS. FROEHLKE:  Can we take a break?
19         (A recess was taken from 1:44 p.m. until
20 1:56 p.m.)
21     Q   (By Ms. Froehlke)  Ms. Wilhite, I want to
22 get a little bit better understanding of DW
23 Consulting.  You mentioned earlier it started in 1997?
24     A   Uh-huh.
25     Q   That was the same year as AFC, right?

58

```
 1         A    Yes.
 2         Q    What percentage of your time do you think
 3   you were splitting between the two?  Let me rephrase
 4   that.  How much of your time was spent at DW as
 5   opposed to spent with AFC?
 6         A    Probably half and half.
 7         Q    Did that remain constant, half and half,
 8   throughout the years?
 9         A    No.
10         Q    When did it change?
11         A    I don't remember exactly.
12         Q    Which company were you spending more time
13   with eventually?
14         A    I'd say about half and half.
15         Q    Still today?
16         A    Yeah.
17         Q    So just to clarify, from each company's
18   inception to this present moment, you've split your
19   time evenly between the two?
20         A    Sometimes it's more than one and sometimes
21   it's less, just depends.
22         Q    On average, every year, would you say it's
23   split pretty evenly though?
24         A    Yeah, probably in the last -- well, since
25   the recession, I had to let all of my DW Support
```

59

1  employees go, so I had to completely take over that;
2  but on the flip side, with the recession, with AFC, I
3  had to let employees go, and I did all of the
4  accounting for a time because we had no accountant in
5  the office.
6       Q    Cindy didn't work there?
7       A    Not at that time.
8       Q    When was she hired?
9       A    I want to say 2010.
10      Q    When you had to take over the support staff
11 at DW, how many people was that?
12      A    I lost all of my banks because nobody was
13 making construction loans.
14      Q    How many employees did you have to lay off?
15      A    Seven.
16      Q    And you had to fill in the work that they
17 were doing before?
18      A    I didn't have as much work.
19      Q    What was DW's gross -- what were DW's
20 revenues last year?  What were their profit margins?
21      A    47,000.
22      Q    And that's a gross profit?
23      A    Uh-huh.
24      Q    How many employees do you have?
25      A    I now have myself and my son.