12:23 PM  
11/10/16  
Accrual Basis

# Advanced Floor Concepts, LLC
## Employee QuickReport
### February 1, 2014 through November 10, 2016

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Wilhite, Darla D** | | | | | | |
| Paycheck | 02/14/2014 | 21274 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 02/28/2014 | 21298 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 03/14/2014 | 21340 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 03/31/2014 | 21365 | | AFC Payroll Account | X | 4,379.90 |
| Paycheck | 04/15/2014 | 21396 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 04/30/2014 | 21431 | | AFC Payroll Account | X | 4,379.90 |
| Paycheck | 05/15/2014 | 21454 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 05/30/2014 | 21493 | | AFC Payroll Account | X | 4,379.90 |
| Paycheck | 06/16/2014 | 21527 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 06/30/2014 | 21549 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 07/15/2014 | 21576 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 07/31/2014 | 21612 | | AFC Payroll Account | X | 4,379.90 |
| Paycheck | 08/15/2014 | 21643 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 08/29/2014 | 21663 | | AFC Payroll Account | X | 4,379.90 |
| Paycheck | 09/15/2014 | 21694 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 09/30/2014 | 21727 | | AFC Payroll Account | X | 4,379.90 |
| Paycheck | 10/15/2014 | 21767 | | AFC Payroll Account | X | 4,379.89 |
| Paycheck | 10/31/2014 | 21784 | | AFC Payroll Account | X | 4,705.39 |
| Paycheck | 11/14/2014 | 21825 | | AFC Payroll Account | X | 4,758.87 |
| Paycheck | 11/28/2014 | 21843 | | AFC Payroll Account | X | 4,758.87 |
| Paycheck | 12/15/2014 | 21871 | | AFC Payroll Account | X | 4,758.87 |
| Paycheck | 12/31/2014 | 21907 | | AFC Payroll Account | X | 4,758.87 |
| Paycheck | 01/15/2015 | 21939 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 01/30/2015 | 21960 | | AFC Payroll Account | X | 4,388.90 |
| Paycheck | 02/16/2015 | 21988 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 02/27/2015 | 22017 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 03/16/2015 | 22043 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 03/31/2015 | 22082 | | AFC Payroll Account | X | 4,388.90 |
| Paycheck | 04/15/2015 | 22111 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 04/30/2015 | 22141 | | AFC Payroll Account | X | 4,388.90 |
| Paycheck | 05/15/2015 | 22158 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 05/29/2015 | 22185 | | AFC Payroll Account | X | 4,388.90 |
| Paycheck | 06/15/2015 | 22215 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 06/30/2015 | 22241 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 07/15/2015 | 22276 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 07/31/2015 | 22304 | | AFC Payroll Account | X | 4,388.90 |
| Paycheck | 08/14/2015 | 22335 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 08/31/2015 | 22356 | | AFC Payroll Account | X | 4,388.90 |
| Paycheck | 09/15/2015 | 22388 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 09/30/2015 | 22430 | | AFC Payroll Account | X | 4,388.90 |
| Paycheck | 10/15/2015 | 22452 | | AFC Payroll Account | X | 4,388.89 |
| Paycheck | 10/30/2015 | 22487 | | AFC Payroll Account | X | 4,621.39 |
| Paycheck | 11/16/2015 | 22520 | | AFC Payroll Account | X | 4,767.87 |
| Paycheck | 11/30/2015 | 22557 | | AFC Payroll Account | X | 4,767.87 |
| Paycheck | 12/15/2015 | 22601 | | AFC Payroll Account | X | 4,767.87 |
| Paycheck | 12/31/2015 | 22632 | | AFC Payroll Account | X | 4,767.87 |
| Paycheck | 01/15/2016 | 22666 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 01/29/2016 | 22686 | | AFC Payroll Account | X | 4,391.90 |

GOVERNMENT EXHIBIT  
7  
00-CR-504

12:23 PM  
11/10/16  
Accrual Basis

# Advanced Floor Concepts, LLC
## Employee QuickReport
### February 1, 2014 through November 10, 2016

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| Paycheck | 02/15/2016 | 22730 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 02/29/2016 | 22750 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 03/15/2016 | 22782 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 03/31/2016 | 22830 | | AFC Payroll Account | X | 4,391.90 |
| Paycheck | 04/15/2016 | 22866 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 04/29/2016 | 22893 | | AFC Payroll Account | X | 4,391.90 |
| Paycheck | 05/16/2016 | 22929 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 05/31/2016 | 22978 | | AFC Payroll Account | X | 4,391.90 |
| Paycheck | 06/15/2016 | 23013 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 06/30/2016 | 23040 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 07/15/2016 | 23076 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 07/29/2016 | 23126 | | AFC Payroll Account | X | 4,391.90 |
| Paycheck | 08/12/2016 | 23151 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 08/26/2016 | 23191 | | AFC Payroll Account | X | 4,391.90 |
| Paycheck | 09/09/2016 | 23228 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 09/23/2016 | 23276 | | AFC Payroll Account | X | 4,391.90 |
| Paycheck | 10/07/2016 | 23300 | | AFC Payroll Account | X | 4,391.89 |
| Paycheck | 10/21/2016 | 23370 | | AFC Payroll Account | X | 4,624.39 |
| Paycheck | 11/04/2016 | 23404 | | AFC Payroll Account | | 4,770.87 |

Total Wilhite, Darla D     298,122.15

**TOTAL**     **298,122.15**

 

Account: ####7303 Date:09/23/2016 Sequence:14922990 Serial:23273 Amount:$1,702.35 Trancode:0
Debit/Credit:D TransactionBranch:99

 

Account: ####303 Date:09/23/2016 Sequence:14766310 Serial:23274 Amount:$2,036.90 Trancode:0
Debit/Credit:D TransactionBranch:99

 

Account: ####7303 Date:09/23/2016 Sequence:14707540 Serial:23275 Amount:$2,005.53 Trancode:0
Debit/Credit:D TransactionBranch:99

 

Account: ####7303 Date:09/23/2016 Sequence:14448510 Serial:23276 Amount:$4,391.90 Trancode:0
Debit/Credit:D TransactionBranch:98

 

Account: ####7303 Date:09/27/2016 Sequence:16965110 Serial:23277 Amount:$1,586.94 Trancode:0
Debit/Credit:D TransactionBranch:99

 

Account: [REDACTED]303 Date:09/13/2016 Sequence:17568600 Serial:23228 Amount:$4,391.89 Trancode:0
Debit/Credit:D TransactionBranch:99

 

Account: [REDACTED]303 Date:09/12/2016 Sequence:16919260 Serial:23236 Amount:$1,534.06 Trancode:0
Debit/Credit:D TransactionBranch:99

 

Account: [REDACTED]303 Date:09/13/2016 Sequence:99857660 Serial:23237 Amount:$1,832.09 Trancode:0
Debit/Credit:D TransactionBranch:237

 

Account: [REDACTED]303 Date:09/09/2016 Sequence:97284280 Serial:23238 Amount:$2,032.10 Trancode:0
Debit/Credit:D TransactionBranch:231

 

Account: [REDACTED]303 Date:09/09/2016 Sequence:96919160 Serial:23239 Amount:$1,620.02 Trancode:0
Debit/Credit:D TransactionBranch:285