8:35 AM
01/05/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| AFC Operating Account | 17,168.84 |
| AFC Payroll Account | 3,183.37 |
| American National Bank | 449,505.47 |
| Petty Cash | 8.47 |
| **Total Checking/Savings** | 469,866.15 |
| **Accounts Receivable** | |
| Accounts Receivable - Customers | 1,110,822.11 |
| **Total Accounts Receivable** | 1,110,822.11 |
| **Other Current Assets** | |
| Advance | -39.85 |
| Allowance for Doubtful Accounts | -784.34 |
| **Inventory** | |
| Cupolex Inventory | -63,474.06 |
| Material Inventory | 45,290.46 |
| **Total Inventory** | -18,183.60 |
| **Investments** | |
| Investment valuation acct | 385.65 |
| Investments - Other | 520,450.98 |
| **Total Investments** | 520,836.63 |
| **Prepaid Expenses** | |
| Prepaid Insurance - Gen Liab | 15,253.67 |
| Prepaid Insurance - Vehicle | 19,712.50 |
| **Total Prepaid Expenses** | 34,966.17 |
| **Retainage Accounts** | |
| Retainage-Richmond Denver (1) | 10,000.00 |
| Retainage-Toll Brothers | 2,866.00 |
| Retainage Accounts - Other | -5.14 |
| **Total Retainage Accounts** | 12,860.86 |
| **Total Other Current Assets** | 549,655.87 |
| **Total Current Assets** | 2,130,344.13 |
| **Fixed Assets** | |
| **Computers** | |
| Acc Dep - Computers | -626.94 |
| Software | -149.99 |
| Computers - Other | 3,662.02 |
| **Total Computers** | 2,885.09 |
| Due to Allied | -14,168.75 |
| **Equipment** | |
| Acc Dep - Equipment | -278,862.55 |
| Equipment - Other | 361,470.19 |
| **Total Equipment** | 82,607.64 |
| **Equipment - office** | |
| Acc Dep - Office Equip | -6,045.58 |
| Equipment - office - Other | 7,305.84 |
| **Total Equipment - office** | 1,260.26 |
| **Furniture** | |
| Acc Dep - Furniture | 1,643.67 |
| Furniture - Other | -1,662.97 |

Page 1

8:35 AM
01/05/17
Accrual Basis

## Advanced Floor Concepts, LLC
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **Total Furniture** | -19.30 |
| **Leasehold Improvements** | |
|   Acc Dep - Leasehold Imp. | -577.79 |
|   Leasehold Improvements - Other | 2,876.68 |
| **Total Leasehold Improvements** | 2,298.89 |
| **Storage Unit** | |
|   Acc Dep - Storage Unit | -5,934.43 |
|   Storage Unit - Other | 9,348.22 |
| **Total Storage Unit** | 3,413.79 |
| **Tools** | |
|   Acc Dep - Tools | 148.30 |
|   Tools - Other | -148.33 |
| **Total Tools** | -0.03 |
| **Trailers** | |
|   Acc Dep - Trailers | -33,616.51 |
|   Trailers - Other | 28,990.56 |
| **Total Trailers** | -4,625.95 |
| **Vehicles** | |
|   Acc Dep - Vehicles | -495,243.34 |
|   Vehicles - Other | 495,826.75 |
| **Total Vehicles** | 583.41 |
| **Total Fixed Assets** | 74,235.05 |
| **Other Assets** | |
|   Lease & Utility Deposits | 6,922.00 |
|   Loan Fees | |
|     Acc Amort - Loan Fees | -5,096.35 |
|     Loan Fees - Other | 10,192.70 |
|   Total Loan Fees | 5,096.35 |
| **Total Other Assets** | 12,018.35 |
| **TOTAL ASSETS** | **2,216,597.53** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable | 216,152.41 |
|       Total Accounts Payable | 216,152.41 |
|       Other Current Liabilities | |
|         Capital Loss | 55,470.63 |
|         Other Accrued Liabilities | 3,809.93 |
|         Payroll Liabilities | |
|           Federal Withholding Tax | 4,689.00 |
|           FUTA | 200.49 |
|           Medicare Employee | 1,424.46 |
|           Misc. Payroll Deductions | 135.00 |
|           Social Security Employee | 5,332.94 |
|           State Withholding Tax | 1,494.00 |
|           SUTA | 2,655.47 |
|         Total Payroll Liabilities | 15,931.36 |
|         Premium Assignment Corp. Pay. | -11,891.61 |
|       Total Other Current Liabilities | 63,320.31 |

8:35 AM
01/05/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---:|
| Total Current Liabilities | 279,472.72 |
| **Long Term Liabilities** | |
| **Loan - American Natl Bank** | **30.63** |
| **Total Long Term Liabilities** | **30.63** |
| Total Liabilities | 279,503.35 |
| Equity | |
| Owners Capital | 160,361.53 |
| Retained Earnings | 261,531.01 |
| Sub S Distribution | -445,407.21 |
| Net Income | 1,960,608.85 |
| Total Equity | 1,937,094.18 |
| TOTAL LIABILITIES & EQUITY | 2,216,597.53 |

EXHIBIT 1