3:13 PM
02/06/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of February 6, 2017

|  | Feb 6, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| AFC Operating Account | 3,009.20 |
| AFC Payroll Account | 3,043.48 |
| American National Bank | 777,027.09 |
| Petty Cash | 8.47 |
| **Total Checking/Savings** | 783,088.24 |
| **Accounts Receivable** | |
| Accounts Receivable - Customers | 678,379.72 |
| **Total Accounts Receivable** | 678,379.72 |
| **Other Current Assets** | |
| Advance | -39.85 |
| Allowance for Doubtful Accounts | -784.34 |
| **Inventory** | |
| Cupolex Inventory | 32,890.94 |
| Inventory Asset | -235.00 |
| Material Inventory | 45,290.46 |
| **Total Inventory** | 77,946.40 |
| **Investments** | |
| Investment valuation acct | 385.65 |
| Investments - Other | 520,450.98 |
| **Total Investments** | 520,836.63 |
| **Prepaid Expenses** | |
| Prepaid Insurance - Gen Liab | 15,253.67 |
| Prepaid Insurance - Vehicle | 19,712.50 |
| **Total Prepaid Expenses** | 34,966.17 |
| **Retainage Accounts** | |
| Retainage-Richmond Denver (1) | 10,000.00 |
| Retainage-Toll Brothers | 2,866.00 |
| Retainage Accounts - Other | -5.14 |
| **Total Retainage Accounts** | 12,860.86 |
| **Total Other Current Assets** | 645,785.87 |
| **Total Current Assets** | 2,107,253.83 |
| **Fixed Assets** | |
| **Computers** | |
| Acc Dep - Computers | -626.94 |

EXHIBIT 2

Page 1

3:13 PM
02/06/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of February 6, 2017

|  | Feb 6, 17 |
|---|---:|
| Software | -149.99 |
| Computers - Other | 3,662.02 |
| **Total Computers** | **2,885.09** |
| Due to Allied | -14,168.75 |
| **Equipment** | |
| Acc Dep - Equipment | -278,862.55 |
| Equipment - Other | 361,470.19 |
| **Total Equipment** | **82,607.64** |
| **Equipment - office** | |
| Acc Dep - Office Equip | -6,045.58 |
| Equipment - office - Other | 7,305.84 |
| **Total Equipment - office** | **1,260.26** |
| **Furniture** | |
| Acc Dep - Furniture | 1,643.67 |
| Furniture - Other | -1,662.97 |
| **Total Furniture** | **-19.30** |
| **Leasehold Improvements** | |
| Acc Dep - Leasehold Imp. | -577.79 |
| Leasehold Improvements - Other | 2,876.68 |
| **Total Leasehold Improvements** | **2,298.89** |
| **Storage Unit** | |
| Acc Dep - Storage Unit | -5,934.43 |
| Storage Unit - Other | 9,348.22 |
| **Total Storage Unit** | **3,413.79** |
| **Tools** | |
| Acc Dep - Tools | 148.30 |
| Tools - Other | -148.33 |
| **Total Tools** | **-0.03** |
| **Trailers** | |
| Acc Dep - Trailers | -33,616.51 |
| Trailers - Other | 28,990.56 |
| **Total Trailers** | **-4,625.95** |
| **Vehicles** | |
| Acc Dep - Vehicles | -495,243.34 |

3:13 PM  
02/06/17  
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of February 6, 2017

|  | Feb 6, 17 |
|---|---:|
| Vehicles - Other | 495,826.75 |
| **Total Vehicles** | 583.41 |
| **Total Fixed Assets** | 74,235.05 |
| Other Assets |  |
|   Lease & Utility Deposits | 6,922.00 |
|   Loan Fees |  |
|     Acc Amort - Loan Fees | -5,096.35 |
|     Loan Fees - Other | 10,192.70 |
|   **Total Loan Fees** | 5,096.35 |
| **Total Other Assets** | 12,018.35 |
| **TOTAL ASSETS** | **2,193,507.23** |
| **LIABILITIES & EQUITY** |  |
|   Liabilities |  |
|     Current Liabilities |  |
|       Accounts Payable |  |
|         Accounts Payable | 193,125.51 |
|       **Total Accounts Payable** | 193,125.51 |
|       Other Current Liabilities |  |
|         Capital Loss | 55,470.63 |
|         Other Accrued Liabilities | 3,809.93 |
|         Payroll Liabilities |  |
|           FUTA | 673.42 |
|           Medicare Employee | -23.64 |
|           Misc. Payroll Deductions | 435.00 |
|           Social Security Employee | -101.06 |
|           SUTA | 3,797.05 |
|         **Total Payroll Liabilities** | 4,780.77 |
|         Premium Assignment Corp. Pay. | -11,891.61 |
|       **Total Other Current Liabilities** | 52,169.72 |
|     **Total Current Liabilities** | 245,295.23 |
|     **Long Term Liabilities** |  |
|       Loan - American Natl Bank | 429,311.66 |
|     **Total Long Term Liabilities** | 429,311.66 |
|   **Total Liabilities** | 674,606.89 |

3:13 PM
02/06/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of February 6, 2017

|  | Feb 6, 17 |
|---|---:|
| **Equity** | |
| Owners Capital | 160,361.53 |
| Retained Earnings | 1,770,789.41 |
| Sub S Distribution | -472,739.25 |
| Net Income | 60,488.65 |
| **Total Equity** | 1,518,900.34 |
| **TOTAL LIABILITIES & EQUITY** | **2,193,507.23** |