

P.O. Box 9250 | Colorado Springs, CO 80932
866-433-0282 | www.ANBbank.com

```
ANB BANK - CIMARRON
15 WEST CIMARRON STREET
COLORADO SPRINGS, CO 80903




DARLA DEE WILHITE
PO BOX 1587                                              LINE:     360303
WESTCLIFFE CO    81252
                                                         AS OF: 01/17/17

                                                                PAGE  1

                        CONS.HOME EQUITY LOAN STATEMENT

                              - - - - - PAYMENT INFORMATION - - - - - -
                              ACCOUNT NUMBER
                              PAYMENT DUE DATE           02/05/2017
                              AMOUNT DUE            *** 19,960.87 ***
                              IF PAYMENT IS RECEIVED AFTER 02/20/2017,
                              50.00 LATE FEE WILL BE CHARGED.
                              THE PAYMENT DUE WILL BE CHARGED TO YOUR
                              CHECKING ACCOUNT

        - - - - ACCOUNT INFORMATION - - - -   - - EXPLANATION OF AMOUNT DUE - - - -
        OUTSTANDING PRINCIPAL    429,311.66   PRINCIPAL              18,867.01
        INTEREST RATE              3.000000   INTEREST                1,093.86
                                                                    ---------------
                                              REGULAR PAYMENT         19,960.87
                                                                    ---------------
                                              TOTAL AMOUNT DUE   *** 19,960.87 ***

        COLLATERAL/PROPERTY: 1st DOT 11501 County Road 328

        - - - - - - - - - - - - - - PAST PAYMENTS BREAKDOWN - - - - - - - - - - - - - -
                              PAID LAST PERIOD             PAID YEAR TO DATE
        PRINCIPAL                    20,078.40                    20,078.40
        INTEREST                      1,144.81                     1,144.81
        ESCROW                             .00                          .00
        FEES AND CHARGES                   .00                          .00
        TOTAL                        21,223.21                    21,223.21

        - - - - - - - TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT - - - - - - -
                              -----PAYMENT SPLIT-----    TRANSACTION      PRINCIPAL
          DATE   DESCRIPTION  PRINCIPAL      INTEREST      AMOUNT          BALANCE

        12/15/16 BALANCE LAST STATEMENT                                    449,390.06
        01/03/17 PRINCIPAL ONLY PAYMENT
                              1,262.34           .00       1,262.34        448,127.72
        01/05/17 PAYMENT FROM CLASSIC 50 ACCOUNT
                             18,816.06      1,144.81      19,960.87        429,311.66
        01/17/17 BALANCE THIS STATEMENT                                    429,311.66

                              - - - C O N T I N U E D - - -
```

EXHIBIT 3


Member FDIC


866-433-0282

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION