10:50 AM
03/02/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of February 28, 2017

|  | Feb 28, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| AFC Operating Account | 2,728.79 |
| AFC Payroll Account | 2,835.64 |
| American National Bank | 730,683.87 |
| Petty Cash | 8.47 |
| **Total Checking/Savings** | 736,256.77 |
| **Accounts Receivable** | |
| Accounts Receivable - Customers | 811,224.43 |
| **Total Accounts Receivable** | 811,224.43 |
| **Other Current Assets** | |
| Advance | -39.85 |
| Allowance for Doubtful Accounts | -784.34 |
| Inventory | |
| Cupolex Inventory | -5,438.07 |
| Inventory Asset | -235.00 |
| Material Inventory | 45,290.46 |
| **Total Inventory** | 39,617.39 |
| Investments | |
| Investment valuation acct | 385.65 |
| Investments - Other | 520,450.98 |
| **Total Investments** | 520,836.63 |
| Prepaid Expenses | |
| Prepaid Insurance - Gen Liab | 15,253.67 |
| Prepaid Insurance - Vehicle | 19,712.50 |
| **Total Prepaid Expenses** | 34,966.17 |
| Retainage Accounts | |
| Retainage-Richmond Denver (1) | 10,000.00 |
| Retainage-Toll Brothers | 2,866.00 |
| Retainage Accounts - Other | -5.14 |
| **Total Retainage Accounts** | 12,860.86 |
| **Total Other Current Assets** | 607,456.86 |
| **Total Current Assets** | 2,154,938.06 |
| **Fixed Assets** | |
| Computers | |
| Acc Dep - Computers | -626.94 |
| Software | -149.99 |
| Computers - Other | 3,662.02 |
| **Total Computers** | 2,885.09 |
| Due to Allied | -14,168.75 |
| Equipment | |
| Acc Dep - Equipment | -278,862.55 |
| Equipment - Other | 361,470.19 |
| **Total Equipment** | 82,607.64 |
| Equipment - office | |
| Acc Dep - Office Equip | -6,045.58 |
| Equipment - office - Other | 7,305.84 |
| **Total Equipment - office** | 1,260.26 |
| Furniture | |
| Acc Dep - Furniture | 1,643.67 |
| Furniture - Other | -1,662.97 |

Page 1

Exhibit 4

10:50 AM
03/02/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of February 28, 2017

|  | Feb 28, 17 |
|---|---:|
| **Total Furniture** | -19.30 |
| **Leasehold Improvements** | |
| Acc Dep - Leasehold Imp. | -577.79 |
| Leasehold Improvements - Other | 2,876.68 |
| **Total Leasehold Improvements** | 2,298.89 |
| **Storage Unit** | |
| Acc Dep - Storage Unit | -5,934.43 |
| Storage Unit - Other | 9,348.22 |
| **Total Storage Unit** | 3,413.79 |
| **Tools** | |
| Acc Dep - Tools | 148.30 |
| Tools - Other | -148.33 |
| **Total Tools** | -0.03 |
| **Trailers** | |
| Acc Dep - Trailers | -33,616.51 |
| Trailers - Other | 28,990.56 |
| **Total Trailers** | -4,625.95 |
| **Vehicles** | |
| Acc Dep - Vehicles | -495,243.34 |
| Vehicles - Other | 495,826.75 |
| **Total Vehicles** | 583.41 |
| **Total Fixed Assets** | 74,235.05 |
| **Other Assets** | |
| Lease & Utility Deposits | 6,922.00 |
| Loan Fees | |
| Acc Amort - Loan Fees | -5,096.35 |
| Loan Fees - Other | 10,192.70 |
| **Total Loan Fees** | 5,096.35 |
| **Total Other Assets** | 12,018.35 |
| **TOTAL ASSETS** | **2,241,191.46** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 272,330.37 |
| **Total Accounts Payable** | 272,330.37 |
| Other Current Liabilities | |
| Capital Loss | 55,470.63 |
| Other Accrued Liabilities | 3,809.93 |
| Payroll Liabilities | |
| FUTA | 1,106.00 |
| Medicare Employee | -23.64 |
| Misc. Payroll Deductions | 585.00 |
| Social Security Employee | -101.06 |
| SUTA | 5,513.29 |
| **Total Payroll Liabilities** | 7,079.59 |
| Premium Assignment Corp. Pay. | -11,891.61 |
| **Total Other Current Liabilities** | 54,468.54 |
| **Total Current Liabilities** | 326,798.91 |
| Long Term Liabilities | |

Case No. 1:00-cr-00504-CMA   Document 165-4   filed 10/26/17   USDC Colorado   pg 3 of 3

10:50 AM
03/02/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of February 28, 2017

|  | Feb 28, 17 |
|---|---:|
| Loan - American Natl Bank | 391,429.98 |
| Total Long Term Liabilities | 391,429.98 |
| **Total Liabilities** | 718,228.89 |
| **Equity** |  |
|   Owners Capital | 178,577.81 |
|   Retained Earnings | 1,764,280.91 |
|   Sub S Distribution | -447,384.06 |
|   Net Income | 27,487.91 |
| **Total Equity** | 1,522,962.57 |
| **TOTAL LIABILITIES & EQUITY** | 2,241,191.46 |