10:34 AM  
10/01/17  
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of September 30, 2017

|  | Sep 30, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| AFC Operating Account | 3,271.50 |
| AFC Payroll Account | 2,833.33 |
| American National Bank | 530,258.56 |
| ANB Tax Reserve Account | 115,000.00 |
| Petty Cash | 8.47 |
| **Total Checking/Savings** | 651,371.86 |
| **Accounts Receivable** | |
| Accounts Receivable - Customers | 357,839.42 |
| **Total Accounts Receivable** | 357,839.42 |
| **Other Current Assets** | |
| Advance | -1,539.85 |
| Allowance for Doubtful Accounts | -784.34 |
| **Inventory** | |
| Cupolex Inventory | 230,259.09 |
| Inventory Asset | -235.00 |
| Material Inventory | 11,192.46 |
| **Total Inventory** | 241,216.55 |
| **Investments** | |
| Investment valuation acct | 385.65 |
| Investments - Other | 520,450.98 |
| **Total Investments** | 520,836.63 |
| **Prepaid Expenses** | |
| Prepaid Insurance - Gen Liab | 38,622.75 |
| Prepaid Insurance - Vehicle | 29,035.00 |
| **Total Prepaid Expenses** | 67,657.75 |
| **Retainage Accounts** | |
| Retainage-Richmond Denver (1) | 10,000.00 |
| Retainage-Toll Brothers | 2,866.00 |
| Retainage Accounts - Other | -5.14 |
| **Total Retainage Accounts** | 12,860.86 |
| **Total Other Current Assets** | 840,247.60 |
| **Total Current Assets** | 1,849,458.88 |
| **Fixed Assets** | |
| **Computers** | |
| Acc Dep - Computers | -2,493.73 |
| Software | -149.99 |
| Computers - Other | 3,662.02 |
| **Total Computers** | 1,018.30 |
| Due to Allied | -25,430.93 |
| **Equipment** | |
| Acc Dep - Equipment | -288,956.79 |
| Equipment - Other | 355,370.19 |
| **Total Equipment** | 66,413.40 |
| **Equipment - office** | |
| Acc Dep - Office Equip | -6,651.16 |
| Equipment - office - Other | 7,305.84 |
| **Total Equipment - office** | 654.68 |

Exhibit 5

Page 1

10:34 AM
10/01/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of September 30, 2017

|  | Sep 30, 17 |
|---|---:|
| **Furniture** | |
|    Acc Dep - Furniture | 1,476.45 |
|    Furniture - Other | -1,662.97 |
| **Total Furniture** | -186.52 |
| **Leasehold Improvements** | |
|    Acc Dep - Leasehold Imp. | -651.55 |
|    Leasehold Improvements - Other | 2,876.68 |
| **Total Leasehold Improvements** | 2,225.13 |
| **Storage Unit** | |
|    Acc Dep - Storage Unit | -6,564.75 |
|    Storage Unit - Other | 9,348.22 |
| **Total Storage Unit** | 2,783.47 |
| **Tools** | |
|    Acc Dep - Tools | 148.30 |
|    Tools - Other | -148.33 |
| **Total Tools** | -0.03 |
| **Trailers** | |
|    Acc Dep - Trailers | -35,905.58 |
|    Trailers - Other | 35,090.56 |
| **Total Trailers** | -815.02 |
| **Vehicles** | |
|    Acc Dep - Vehicles | -540,762.28 |
|    Vehicles - Other | 495,826.75 |
| **Total Vehicles** | -44,935.53 |
| **Total Fixed Assets** | 1,726.95 |
| **Other Assets** | |
|    Lease & Utility Deposits | 6,922.00 |
|    Loan Fees | |
|       Acc Amort - Loan Fees | -6,552.45 |
|       Loan Fees - Other | 10,192.70 |
|    **Total Loan Fees** | 3,640.25 |
| **Total Other Assets** | 10,562.25 |
| **TOTAL ASSETS** | **1,861,748.08** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|          Accounts Payable | 186,780.17 |
|       **Total Accounts Payable** | 186,780.17 |
|       Other Current Liabilities | |
|          Capital Loss | 55,470.63 |
|          Other Accrued Liabilities | 3,809.93 |
|          Payroll Liabilities | |
|             FUTA | 79.45 |
|             Misc. Payroll Deductions | 262.50 |
|             SUTA | 504.53 |
|          **Total Payroll Liabilities** | 846.48 |

10:34 AM
10/01/17
Accrual Basis

# Advanced Floor Concepts, LLC
## Balance Sheet
### As of September 30, 2017

|  | Sep 30, 17 |
|---|---:|
| Premium Assignment Corp. Pay. | -11,891.61 |
| Sales Taxes Payable | -19.88 |
| **Total Other Current Liabilities** | 48,215.55 |
| **Total Current Liabilities** | 234,995.72 |
| **Long Term Liabilities** | |
| Loan - American Natl Bank | 257,589.99 |
| **Total Long Term Liabilities** | 257,589.99 |
| **Total Liabilities** | 492,585.71 |
| **Equity** | |
| Owners Capital | 243,334.79 |
| Retained Earnings | 1,489,648.58 |
| Sub S Distribution | -1,176,925.68 |
| Net Income | 813,104.68 |
| **Total Equity** | 1,369,162.37 |
| **TOTAL LIABILITIES & EQUITY** | 1,861,748.08 |