## DEPARTMENT OF JUSTICE

### NOTICE OF LIEN FOR FINE AND/OR RESTITUTION IMPOSED PURSUANT TO THE ANTI-TERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996



Douglas County, CO   01084653
B ___ P 1249   09/12/01   15:20
CAROLE R. MURRAY Clerk & Recorder

United States Attorney's Office for
the District of Colorado

Serial Number
CO-1-077

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

**Name of Defendant/Social Security Number   Court Number**

Michael D. Wilhite
SSN: ███-██-5995

00-CR-504-N

**Residence**

110 Birch Avenue
Castle Rock, CO 80104

**Date of Judgment**

March 23, 2001

**Amount of Fine/Restitution**

$1,741,700.00

**Date of Entry of Judgment**

April 6, 2001

**Court Imposing Judgment**

U.S. District Court
District of Colorado

**Rate of Interest**

N/A

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than June 23, 2021 (twenty years plus term of imprisonment).

**PLACE OF FILING**  Douglas County (Castle Rock, CO)

This notice was prepared and signed at Denver, Colorado on this 30 day of August, 2001.

Signature

LISA A. CHRISTIAN
Assistant United States Attorney
(303) 454-0100

Exhibit 1